1

2

JS-6

3

4

5

6

UNITED STATES DISTRICT COURT

7

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

8

TIMOTHY W. KEENER,

Case No: SACV08-1229 DOC(MLGx)

9

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

10

Plaintiff,

11

vs.

12

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

13

14

Defendant

15

16

17

18      The parties having stipulated that this matter has been resolved in its entirety and

19  each side to bear their own attorneys fees and costs, this matter is hereby dismissed

20  with prejudice.

21

22  IT IS SO ORDERED.

23

24

Dated: March 2, 2010

25

HONORABLE DAVID O. CARTER
Judge of the U.S. District Court

26

27

28